[No. 17617-7-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS G. HOMER, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 98-1-00018-7, Richard W. Miller, J., entered June 22, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17666-5-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP JOEL BRECHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01693-3, Linda G. Tompkins, J., entered June 24, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17701-7-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN MORREIRA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00079-9, Donald W. Schacht, J., entered July 16, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17790-4-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE JOSEPH HOSTETLER IV, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01641-1, Kathleen M. O'Connor, J., entered August 18, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.